```
ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW HALVORSEN,<br><br>  Defendant. | CASE NO. 2:23-cr-280 DJC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER<br><br>COURT: Hon. Daniel J. Calabretta |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On November 1, 2023, the United States filed an information charging Halvorsen with one count of conspiracy to transport stolen property interstate, in violation of 18 U.S.C. § 371. ECF 1.

2. On January 29, 2024, pursuant to a plea agreement that contains a cooperation provision, Halvorsen pleaded guilty to the charge in the information. ECF 5, 6.

3. This matter currently is set for a status conference regarding sentencing on January 8, 2026. ECF 27.

4. Pursuant to his agreement, Halvorsen has cooperated with the government in an ongoing investigation. Because his cooperation likely will impact the government's sentencing recommendation, including whether to move for a departure under U.S.S.G. § 5K1.1, the parties request that this Court

continue the status conference regarding sentencing to April 16, 2026.

5. United States Probation Officer Miranda Lewis does not object to the parties' request.

**IT IS SO STIPULATED.**

Dated: January 5, 2026                             ERIC GRANT
                                                   United States Attorney

                                                   /s/ MATTHEW THUESEN
                                                   MATTHEW THUESEN
                                                   Assistant United States Attorney


Dated: January 5, 2026                             /s/ AUSTIN THOMPSON
                                                   AUSTIN THOMPSON
                                                   Counsel for Defendant
                                                   Andrew Halvorsen

### [PROPOSED] ORDER

Having considered the parties' stipulation, the Court adopts it as its order. Consequently, the status conference regarding sentencing is continued to April 16, 2026, at 9:00 a.m.

IT IS SO ORDERED this 5th day of January, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE