ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:23-cr-280 DJC |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER |
| v. | |
| ANDREW HALVORSEN, | COURT: Hon. Daniel J. Calabretta |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On November 1, 2023, the United States filed an information charging Halvorsen with one count of conspiracy to transport stolen property interstate, in violation of 18 U.S.C. § 371. ECF 1.

2.      On January 29, 2024, pursuant to a plea agreement that contains a cooperation provision, Halvorsen pleaded guilty to the charge in the information. ECF 5, 6.

3.      This matter currently is set for a status conference regarding sentencing on April 16, 2026. ECF 30.

4.      Pursuant to his agreement, Halvorsen has cooperated with the government in an ongoing investigation. Because his cooperation likely will impact the government's sentencing recommendation, including whether to move for a reduction under U.S.S.G. § 5K1.1, the parties request that this Court

STIPULATION TO CONTINUE STATUS CONFERENCE
REGARDING SENTENCING AND ORDER

1

continue the status conference regarding sentencing to July 16, 2026.

5.    United States Probation Officer Miranda Lewis does not object to the parties' request.

**IT IS SO STIPULATED.**

Dated:  April 10, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated:  April 10, 2026

/s/ AUSTIN THOMPSON
AUSTIN THOMPSON
Counsel for Defendant
Andrew Halvorsen

## ORDER

Having considered the parties' stipulation, the Court adopts it as its order. Consequently, the status conference regarding sentencing is continued to July 16, 2026.

IT IS SO ORDERED.

Dated:  April 10, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE