ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANDREW HALVORSEN,<br>Defendant. | CASE NO. 2:23-cr-00280 DJC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE REGARDING SENTENCING AND ORDER<br><br>DATE: November 12, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On November 1, 2023, the United States filed an information charging Halvorsen with one count of conspiracy to transport stolen property interstate, in violation of 18 U.S.C. § 371.

2. On January 29, 2024, pursuant to a plea agreement, Halvorsen pleaded guilty to the charge in the information.

3. This matter currently is set for a status conference regarding sentencing on July 16, 2026.

4. Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order continuing the status conference regarding sentencing to November 12, 2026, at 9:00 a.m.

5. United States Probation Officer Miranda Lewis does not object to the parties' request.

**IT IS SO STIPULATED.**

Dated: July 14, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated: July 14, 2026

/s/ AUSTIN THOMPSON
AUSTIN THOMPSON
Counsel for Defendant
Andrew Halvorsen

**ORDER**

Having considered the parties' stipulation, the Court adopts it as its order. Consequently, the status conference regarding sentencing is continued to November 12, 2026, at 9:00 a.m.

IT IS SO ORDERED this 15th day of July, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE